UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

CARL CRAWFORD,

                        Plaintiff,

    vs                                                    9:06-CV-521

T.R.CRAIG; EVELYN MILLER; DR. DAWN MARINI;
S. LIBERTY; E. HUGHES; and E. SWEATT,

                        Defendants.

-------------------------------------

APPEARANCES:                                   OF COUNSEL:

CARL CRAWFORD
Plaintiff, Pro Se
57110-066
FCI Ray Brook
P.O. Box 9005
Ray Brook, NY 12977

HON. ANDREW T. BAXTER                WILLIAM H. PEASE, ESQ.
Acting United States Attorney             Assistant U.S. Attorney
   for the Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Carl Crawford, brought this civil rights action pursuant to 42 U.S.C.

§ 1983.  By Report-Recommendation dated August 21, 2008, the Honorable Randolph F.

Treece, United States Magistrate Judge, recommended that the defendants' motion for

summary judgment (Docket No. 28) be granted, and the plaintiff's complaint (Docket No. 1)

be dismissed.  The plaintiff has not filed any objections to the Report-Recommendation.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Treece, the Report-Recommendation is accepted and adopted in all respects. <u>See</u> 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED;

2. The plaintiff's complaint is DISMISSED; and

3. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

Dated: September 17, 2008
       Utica, New York.

_____
United States District Judge